IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 01:07-CR-00315 OWW |
| | ) | |
| Plaintiff, | ) | ORDER ON GOVERNMENT'S |
| | ) | MOTION TO DISMISS |
| | ) | (Fed. R. Crim. P. 48 (a)) |
| v. | ) | |
| | ) | |
| ANTONIO AVALOS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

O R D E R

IT IS HEREBY ORDERED that the charges against ANTONIO AVALOS found within the superseding indictment in this case, be dismissed without prejudice, and that any bond and/or conditions for release be exonerated.

Dated: April 21, 2008                    /s/ OLIVER W. WANGER
                                         Honorable Oliver W. Wanger
                                         United States District Judge